AO 106 (Rev. 04/10) Application for a Search Warrant

**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 22 2018

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with cellular telephone assigned call number (704) 804-0914 that is stored at premises controlled by AT&T MOBILITY, LLC

Case No. 3:18mj00002

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

located in the     Southern     District of     Florida    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1959(a) | Violent Crime in Aid of Racketeering Activity |

The application is based on these facts:

Please see attached Affidavit.

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of  180  days (give exact ending date if more than 30 days:  08/21/2018  ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Robinson Blake
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    02/22/2018

*Judge's signature*

City and state:  Charlottesville, Virginia                The Honorable Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*